IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STATE AND COUNTY MUTUAL
FIRE INSURANCE COMPANY

      Plaintiff,

v.                                                  Civil Action: 3:04-cv-123

WILLIAM PRENTICE YOUNG,

      Defendant.

**ORDER CONFIRMING PRONOUNCED ORDER OF THE COURT REGARDING DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO COMPEL**

On July 30, 2007, came Plaintiff, by Kerrie Wagoner Boyle, by telephone, and Defendant, by Jeffrey M. Wakefield, by telephone, for Defendant's motion for protective order (docket 218) and motion to compel (docket 220). At the hearing, the Court orally pronounced a ruling. The Court ruled as follows:

(1) The Court shall conduct an in camera review of Defendant's medical and psychological records that are responsive to Plaintiff's discovery request asking for them. Defendant shall produce these documents to the Court within ten days from the date the of the hearing.

(2) Defendant's motion to compel is GRANTED. Plaintiff shall produce the documents identified in Defendant's reply to the motion to compel within ten days from the date of the hearing.

Any party may, within ten (10) days after being served with a copy of this Order, file with the Clerk of the Court written objections identifying the portions of the Order to which

objection is made, and the basis for such objection. A copy of such objections should also be submitted to the District Court Judge of Record. Failure to timely file objections to the Order set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Order.

Filing of objections does not stay this order. Filing a motion to stay this order does not stay this order. In the absence of an order from the district court staying this order, all parties must comply with this order in a timely fashion as set forth herein.

DATED: August 3, 2007

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE