IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**STATE AND COUNTY MUTUAL FIRE**
**INSURANCE COMPANY,**

    Plaintiff,

v.                                 Civil Action No. 3:04CV123
                                      (Judge Bailey)

**WILLIAM PRENTICE YOUNG,**

    Defendant.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter is now before the Court for consideration of the Motion to Withdraw as Counsel (Doc. 255) filed on August 10, 2007. As indicated in the motion, Barbara J. Keefer, and the law firm of MacCorkle, Lavender, Casey & Sweeney, PLLC, seek withdrawl from their representation of the plaintiff, State and County Mutual Fire Insurance Company. In support, the movants indicate that representation of the plaintiff has been undertaken by Kerrie Wagoner Boyle, P. Gregory Haddad, and the law firm of Bailey and Glasser. Finding good cause, the **Motion to Withdraw as Counsel (Doc. 255)** is **GRANTED**, and Barbara J. Keefer and MacCorkle, Lavender, Casey & Sweeney, PLLC are relieved from any further obligation as counsel of record in this case on behalf of plaintiff State and County Fire Insurance Company.

    It is so **ORDERED**.

    The clerk is directed to transmit true copies of this Order to all counsel of record.

    Dated this 22nd day of August, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE