IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STATE AND COUNTY MUTUAL
FIRE INSURANCE COMPANY,

    Plaintiff,

v.                                        Civil Action No. 3:04CV123
                                                 (JUDGE BAILEY)

WILLIAM PRENTICE YOUNG,

    Defendant.

## ORDER DISCLOSING CERTAIN
## MEDICAL RECORDS AND PROTECTIVE ORDER

After an *in camera* review of defendant's medical records from R.B. McKelway, M.D., defendant shall provide copies of all records except the records dated 3/13/03, 3/17/03, and 8/17/04.

Plaintiff shall not disclose these records to any person other than trial counsel, and its employees and experts specifically working on this case. Plaintiff shall make no copies of these records and shall return the same to defendant at the conclusion of the case which is defined as agreed settlement or final order of this Court.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: September 11, 2007

                                                      /s/ James E. Seibert
                                                      JAMES E. SEIBERT
                                                      UNITED STATES MAGISTRATE JUDGE